AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joann Rickman | ) Case No. 26-147 MJ | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | ) | |

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
JAN 13 2026
MITCHELL R. ELFERS
CLERK OF COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the dates November 6th, 2025, in the county of Dona Ana in the District of New Mexico, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1): | Assault, resistance, and opposition of an officer of the United States resulting in physical contact. |

This criminal complaint is based on these facts:
See attached Affidavit in Support of an Application for an Arrest Warrant, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Erin Quintana, Special Agent
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
submitted electronically and sworn (specify reliable electronic means).

Date: 13 Jan 2026

_____
*Judge's signature*
U.S. Magistrate Judge Damian L. Martinez
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| IN THE MATTER OF THE ARREST OF:<br>Joann Rickman | Case No. |
|---|---|

## AFFIDAVIT IN SUPPORT OF

## AN APPLICATION FOR AN ARREST WARRANT

I, Erin Quintana, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed with the FBI as a Special Agent since January 2025. I am classified, trained, and employed as a federal law enforcement officer with statutory arrest authority charged with conducting criminal investigations of alleged violations of federal criminal statutes, including Title 18 of the United States Code. I am currently assigned to the Albuquerque Division, Las Cruces Resident Agency. Prior to my current position as a Special Agent, I worked for the FBI as an Investigative Specialist in the Phoenix Division beginning in January 2022.

2. During my tenure with the FBI, I have received formal and informal training in conducting a variety of criminal investigations. I have executed or participated in the execution of search and arrest warrants. My investigative training and experience include, but is not limited to, conducting surveillance, interviewing subjects, witnesses, and victims, managing cooperating sources, issuing subpoenas, and analyzing records.

3. As a Special Agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States. Moreover, I am a federal law enforcement officer who is engaged

in enforcing the criminal laws, including 18 U.S.C. § 111(a)(1), and I am authorized by the Attorney General to arrest a person.

### Relevant Statutes

4.  Title 18 U.S.C. § I 11(a)(l), makes it a crime for someone to "forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties." All U.S. government officers and employees, military personnel, and those assisting them. A Deputy United States Marshal of the United States is pursuant to 18. U. S.C §1114.

### PROBABLE CAUSE

#### *Background*

5.  On or about November 6, 2025, at approximately 1200 hours, a Deputy United States Marshal ("DUSM Jane Doe") and other members of the United States Marshals Service (USMS) Southwest Investigative Fugitive Team (SWIFT) were investigating an outstanding federal arrest warrant for an individual at a residence located in Las Cruces, NM. The owner of the residence is the individual's mother, Joann Rickman (Rickman).

6.  While interviewing occupants outside of the residence, DUSM Jane Doe spoke with Rickman about her son Joel (the wanted individual) regarding the warrant for his arrest. Rickman confirmed that Joel was inside the residence wearing a white shirt and grey shorts while law enforcement was approaching. DUSM Jane Doe informed Rickman that law enforcement was going to enter the residence to locate Joel. Rickman became upset and attempted to walk toward the residence. DUSM Jane Doe advised Rickman not to return to the

residence and grabbed her arm to restrict her movement. Rickman became combative and began thrashing her body in an aggressive manner.

7. DUSM Jane Doe physically restrained Rickman and placed handcuffs on her for officer safety. Rickman continued to be combative and attempted to kick DUSM Jane Doe multiple times. DUSM Jane Doe placed Rickman on the ground by pulling her in a backwards motion. While lying on the ground, face up, Rickman spat on DUSM Jane Doe's face and continued kicking while gnashing her teeth in attempt to bite DUSM Jane Doe.

8. DUSM continued to restrain Rickman by pointing her face in the opposite direction and placing her left knee on Rickman's face; Rickman continued to spit, yell and curse. Rickman also verbally threatened to assault DUSM by yelling "I will bite you!" and "I will fuck you up!". DUSM commanded Rickman multiple times to stop spitting and biting.

9. After approximately five minutes, DUSM Jane Doe placed Rickman in a standing position. Handcuffs were removed approximately 20 minutes later at the conclusion of the investigation. Rickman denied medical examination by Emergency Medical Services who arrived on scene.

10. Emergency Medical Services arrived at the scene and Rickman was offered medical attention, which she declined. The SWIFT team concluded the investigation and cleared the scene.

11. Later that afternoon, DUSM Jane Doe received medical attention at an urgent care center and had laboratory testing performed to evaluate potential exposure to communicable disease and to receive treatment for a sprain to her right thumb.

## CONCLUSION

12. Based on the aforementioned information and investigation, I submit that probable cause exists that Joann Rickman has committed assault, resistance, and opposition of an officer of the United States resulting in physical contact in violation of 18 U.S.C. § 111(a)(1). AUSA Mark Saltman was apprised of the foregoing facts and accepted this case for federal prosecution.

Respectfully submitted,

_____
Erin Quintana
Special Agent
Federal Bureau of Investigation

submitted electronically and sworn telephonically to/before me on ____13, Jan____, 2025.

_____
U.S. Magistrate Judge Damian L. Martinez