IN THE UNITED STATES DISTRICT COURT

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

FOR THE DISTRICT OF NEW MEXICO

APR 0 3 2026

UNITED STATES OF AMERICA,

MITCHELL R. ELFERS
CLERK OF COURT

**Plaintiff,**

**v.**

Case No. 26-MJ-147 JHR

**JOANNE PARRA RICKMAN,**

**Defendant.**

## ORDER CONTINUING TIME FOR DEADLINE
## OF GRAND JURY PRESENTMENT

This matter is before the Court on Defendant's Unopposed Motion to Continue Deadline

for Grand Jury Presentment.   There being good cause shown by the Defendant and there being no

objection by the government, the Court finds the motion is well-taken and should be granted.

IT IS HEREBY ORDERED that the government's deadline for grand jury presentment is

extended by sixty (60) days.   Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by

allowing this continuance to outweigh the best interest of the public and the defendant in a speedy

indictment.   The Court further finds that the requirements set forth in United States v. Toombs,

574. F3d 1262(2009) have been satisfied.

_____
UNITED STATES MAGISTRATE JUDGE