# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**                                                                                    **Case No. 26-MJ-147 JHR**

**JOANNE PARRA RICKMAN,**

**Defendant.**

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND GRAND JURY DEADLINE

COMES NOW, the Defendant Joanne Parra Rickman, by and through her attorney, Victoria Trull, and pursuant to 18 U.S.C. § 3161, respectfully files this unopposed motion to extend the time limit set forth in 18 U.S.C. 3161(b) for filing an Indictment.  As grounds, Defendant states as follows:

1.  Defendant was arrested on or about January 27, 2026.

2.  The Parties are contemplating a resolution in this matter; however, additional time is needed to review discovery, received March 30, 2026, and to discuss case with the government and the defendant.

3.  Undersigned had previously requested a sixty (60) day continuance, which takes the deadline to July, but the government has indicated they have to indict this month. So, Undersigned would like an additional thirty (30) day continuance to bring the deadline within the expected time.

4.  It would be a miscarriage of justice if Ms. Parra Rickman was forced to make a decision

1

without the benefit of well-researched, adequate legal advice.

5.  The Defendant is requesting that the time limit for presentation of his case before the Grand Jury be extended for an additional thirty (30) days.

6.  The Defendant is presently on pretrial release.

7.  Defendant waives his right to a speedy Indictment and requests a continuance of the time limit within which to have his case presented before the Grand Jury and asks that an additional thirty (30) days be excluded from the computation of a speedy indictment pursuant to 18 U.S.C. § 3161(h)(7)(A).  The ends of justice served by granting this motion for continuance outweigh the best interest of the public and the Defendant's right to a speedy indictment and trial.  This continuance is not sought for the purpose of delay but in order that justice may be served.

8.  AUSA Jonathan Henry Gennari was contacted and does not oppose this motion.

WHEREFORE, Defendant respectfully requests that this Court enter an Order to continue the time limit for filing an Indictment for an additional thirty (30) days.

Respectfully submitted by,

FEDERAL PUBLIC DEFENDER
506 S. Main Street, Suite No. 400
Las Cruces, New Mexico 88001
Telephone: (575) 527-6930

***Electronically filed on June 1, 2026.***

By: */s/ Victoria Trull*
Victoria Trull
Assistant Federal Public Defender

2