# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                        Case No. 26-mj-00147-JHR

JOANNE PARRA RICKMAN,

     Defendant.

## **NOTICE OF INTENT TO ENTER GUILTY PLEA**

COMES NOW, Defendant, Joanne Parra Rickman, by and through her attorney of record, Victoria Trull, and hereby gives notice that she intends to enter a plea to the charge herein. Defendant further acknowledges that the time period from the date of the filing of this Notice to the date of the change of plea hearing, should be excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(1)(D).[1]

                               Respectfully submitted,

                               FEDERAL PUBLIC DEFENDER
                               506 S. Main, Suite 400
                               Las Cruces, New Mexico 88001
                               (575) 527-6930

                               ***Electronically filed July 2, 2026***
                               By: /s/ Victoria Trull
                               VICTORIA TRULL
                               Assistant Federal Public Defender

---

[1] *United States v. Loughrin*, 710 F.3d 1111, 1120 (10th Cir. 2013) (holding that a defendant's request to change his plea clearly constitutes a pretrial motion which triggers exclusion of time under the Speedy Trial Act, thus, the days between a notice of a change of plea and the change-of-plea hearing are excludable under the STA); *see also United States v. Hunter*, 9 F. App'x 857, 859-60 (10th Cir. May 24, 2001) (holding that the filing of a notice that the defendant wanted to change his plea "is treated as a pretrial motion requiring a hearing for purposes of the Speedy Trial Act," and that "the entire period between notifying the court that [the defendant] wanted to change his plea and the change-of-plea hearing itself was excluded for purposes of the Speedy Trial Act.")

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd of July 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Jonathan Gennari**
Assistant United States Attorney
200 N. Church St.
Las Cruces, New Mexico 88001

*Electronically filed July 2, 2026.*
By: /s/ Victoria Trull
VICTORIA TRULL
Assistant Federal Public Defender