**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

vs. Case No. 26-147 MJ

JOANNE PARRA RICKMAN,

Defendant.

**ORDER**

**THIS MATTER** came before the Court on a Petition for Action on Conditions of Release. The Court being fully advised, FINDS, that the Conditions of Release previously ordered should be rescinded.

**IT IS ORDERED** that defendant's Conditions of Release previously ordered are hereby **REVOKED**.

**IT IS FURTHER ORDERED** that defendant shall remain in the custody of the United States Marshal during the pendency of this case.

Kevin Sweazea

KEVIN R. SWEAZEA
U. S. MAGISTRATE JUDGE